
RECEIVED
NOV 10 2025
By_____

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2024-CP-3552
DIVISION: PR-A

IN RE: ESATTE OF

**ROBBIE BELINDA ROBERTS,**

Deceased.
_____/

## OBJECTION TO LIEN

The Personal Representative, **Deborah Perkins**, by and through her undersigned attorney in the above estate hereby objects to any **claim/lien** filed in this proceeding by **Conduent Payment Integrity Solutions** and/or **CIGNA** filed in this proceeding.

The claimant is limited to a period of thirty (30) days from the date of service of this objection within which to bring an action on the claim, as provided by Florida Probate Rule 5.496 and Florida Statutes section 733.705 unless an extension of the time is agreed to by the personal representative in writing before the time to file the action expires or unless the time is extended by order of the court.

IF THE CLAIMANT FAILS TO BRING SUCH AN ACTION WITHIN THE TIME STATED, NO ACTION OR PROCEEDING ON THE CLAIM MAY BE BROUGHT AGAINST THE PERSONAL REPRESENTATIVE, AND THE CLAIM IS THEREAFTER FOREVER BARRED WITHOUT ANY COURT ORDER.

Signed on November 4, 2025

**ALLEN L. POUCHER, JR., P.A.**

_/s/ Allen L. Poucher, Jr._
Allen L. Poucher, Jr., Esq.
Attorneys for Objector
Florida Bar No. 308617
2257 Riverside Avenue
Jacksonville, Florida 32204
PH: 904/389-2200
FX: 904/389-2616
apoucher@poucherlaw.com
lizs@pouhcerlaw.com
admin@poucherlaw.com

Bar Form No. P-3.1020 - 1 of 2
January 1, 2024   d/s

## CERTIFICATE OF SERVICE

I CERTIFY that on November 4, 2025, a copy of this Objection to Claim/Lien was furnished by Certified Mail, Return Receipt Requested, to:

Conduent Payment Integrity Solutions
P.O. Box 30114
Salt Lake City, UT 84130-0114

CIGNA
P.O. Box 30114
Salt Lake City, UT 84130

/s/ Allen L. Poucher, Jr.
ALLEN L. POUCHER, JR., ESQ.
Attorneys for Objector

[Print or Type Names Under All Signature Lines]